UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SEAN WESLEY (#372598), Plaintiff | CIVIL ACTION NO. 1:16-CV-1479-P |
| VERSUS | JUDGE DONALD E. WALTER |
| LASALLE MANAGEMENT, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's § 1983 claim against the medical staff and Warden Fredrick is DENIED and DISMISSED with prejudice under § 1915(e)(2)(b) and § 1915A.

IT IS FURTHER ORDERED that Wesley's request for a transfer be DENIED and DISMISSED.

Service of process of Wesley's complaint against the private prison management company, LaSalle Corrections, will be addressed in a separate order.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 19 day of Sept, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE