# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SEAN WESLEY (#372598),<br>Plaintiff | CIVIL DOCKET NO. 1:16-CV-1479-P |
| VERSUS | JUDGE DONALD E. WALTER |
| LASALLE MANAGEMENT, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 117), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Motion for Temporary Restraining Order or Preliminary Injunction against LaSalle Management (Doc. 110) is **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 18th day of October, 2019.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE