

United State District Court
Western District of Louisiana
Alexandria Division

**Sean Wesley-Pro Se**                                         Civil Action:

**Versus**

**LaSalle Management Company, etal**                           1:16-CV-01479

### Request Leave to Add Party

NOW INTO COURT comes plaintiff Sean Wesley who moves to add the defendant's <u>Insurers</u> whose names and service addresses was just provided thru the <u>Motion to Compel Discovery"</u>

1. The Princeton Excess and Surplus Lines Insurance Company
   555 College Road East.
   Princeton, New Jersey 08543
   Phone: 886-729-2242/Fax 609-243-4558

2. Hub International
   3861 Ambassador Caffery Pkwy. Suite 550
   Lafayette, La. 70503

3. Third Party Administrator [TPA]
   Mounts Claim Service LLC
   110 S. 3rd Street
   P.O. Box 350

4. The defendants "Insurers" are individually and/or solidarily liable with the LaSalle Management Company and its employees for wrongful deprivation of treatment for "Hepatitis-C" and the retaliatory Transfer after filing grievance seeking medical treatment for Hepatitis-C pursuant to La. C. CR.P. Art. 2315-2324; and Amendment 1,8, and 14 of the United States Constitution.

5.   Please serve a copy of the original complaint and all Amendments filed by plaintiff Wesley upon the Secretary of State of Louisiana -8585 Archives Ave.-Baton Rough, La. 70804

Respectfully submitted this ____25____ day of September, 2019.

____Sean Wesley____/s/
Sean Wesley # 272698
RLCC-Cajun 3
1630 Prison Road
Cottonport, La. 71327

## Order

Based on the foregoing "Request"

It is ordered said "Request" is hereby _____.

It's ordered the Clerk to serve defendant along with said documents thru the Secretary of State.

Said and done this____day of _____, 2019.

_____
U.S. Magistrate Judge