## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **SEAN WESLEY #372598** | **CIVIL ACTION NO.: 1:16-CV-1479 SEC P** |
| **VERSUS** | **JUDGE DRELL** |
| **LASALLE MANAGEMENT, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ANSWER TO AMENDED COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes LASALLE MANAGEMENT COMPANY, LLC (hereinafter referred to as "Defendant"), which denies all allegations of the Amended Complaint [Doc. 128], except for those allegations which are admitted, modified or explained and which, with respect, represents the following:

### FIRST DEFENSE

The Amended Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The Amended Complaint does not set-out federal subject matter jurisdiction.

### THIRD DEFENSE

Wesley failed to timely and/or properly initiate and/or exhaust the administrative remedy procedures and/or grievance procedure as to all of his claims. Accordingly, Wesley cannot proceed with the suit.

1.

All allegations of Paragraph 1 of the Amended Complaint are denied for lack of sufficient information upon which to base a belief, except to admit that there is a policy of insurance issued by the Princeton Excess and Surplus Lines Insurance Company. Further, that policy is in writing and is the best evidence of its contents. Finally, that policy contains exclusions, limitations and

definitions all of which are incorporated herein by reference.

2.

All allegations of Paragraph 2 of the Amended Complaint are denied as to Hub International being an insurer. All other allegations of Paragraph 2 of the Amended Complaint are denied for lack of sufficient information upon which to base a belief.

3.

All allegations of Paragraph 3 of the Amended Complaint are denied as to Third Party Administrator [TPA], Mount Claims Services, LLC., being an insurer. All other allegations of Paragraph 3 of the Amended Complaint are denied for lack of sufficient information upon which to base a belief.

4.

All allegations of Paragraph 4 of the Amended Complaint are denied.

**FOURTH DEFENSE**

Defendant avers that Wesley's claims made under 42 U.S.C. § 1983, et seq., will be determined to be unfounded and not adequately supported by facts or law; accordingly, pursuant to 42 U.S.C. § 1988, Defendant is entitled to all costs of suit, including reasonable attorney's fees.

**FIFTH DEFENSE**

It is further submitted that Wesley's claims will be found frivolous and that he be subject to all sanctions allowed by law, including, but not limited to, 28 U.S.C. § 1915, et seq., and 42 U.S.C. § 1997, et seq.

**SIXTH DEFENSE**

All claims and causes of action asserted by Sean Wesley are prescribed.

WHEREFORE, Defendant, LaSalle Management Company, LLC, prays that:

1. This Answer be deemed good and sufficient;

2. After due proceedings are had, there be judgment herein dismissing the claims of plaintiff, at his costs;

3. For all costs herein, including reasonable attorney's fees;

4. That plaintiff's claims be declared frivolous; and

5. For all other just, general and equitable relief.

Respectfully submitted:

**PROVOSTY, SADLER, & deLAUNAY, APC**

By: /s/ H. Bradford Calvit
H. BRADFORD CALVIT (#18158)
bcalvit@provosty.com
ELI J. MEAUX (#33981)
emeaux@provosty.com
934 Third Street, Suite 800 (71301)
P.O. Box 13530
Alexandria, LA 71309-3530
P: (318) 767-3133   F: (318) 767-9650
ATTORNEYS FOR DEFENDANT,
LASALLE MANAGEMENT COMPANY, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of February, 2020, I electronically filed the foregoing ANSWER TO AMENDED COMPLAINT with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following: NONE

I further certify that I have forwarded the foregoing document via facsimile and/or first-class mail to the following non-CM/ECF participants:

PRO SE Plaintiff,
Sean Wesley (#372598)
Raymond Laborde Correctional Center
1630 Prison Road
Cottonport, Louisiana 71327

/s/ H. Bradford Calvit
H. BRADFORD CALVIT