**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **SEAN WESLEY** | **CIVIL ACTION 1:16-CV-01479** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **LASALLE MANAGEMENT COMPANY, L.L.C., et al.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Wesley's Motion for Summary Judgment (Record Document 106) is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana on this 28th day of February, 2020.

JUDGE DONALD E. WALTER
UNITED STATES DISTRICT JUDGE