United States District Court
Western District of Louisiana
Alexandria Division

Sean Wesley - Pro se                Civil Action
Versus
LaSalle Management Co., et al     1:16-CV-01479

**Exhibits:**                  Exhibits

A. Supplemental Responses To Request For Production Of Documents ........ p. 1-5
 1. LaSalle Correctional Center - Institutional Policy on Healthcare ........ p. 1-4
 2. LaSalle Management Company, The Louisiana Department of Corrections and LaSalle Parish Law Enforcement Contract to operate LaSalle Correctional Center ........ p. 1-15
 3(a) LaSalle Management Company, The Louisiana Department of Corrections and Jackson Parish Law Enforcement District Contract to operate Jackson Parish Correctional Center ........ p. 1-20
 (b). Unanswered ARP [JPCC] ...... p. 21

1.

4. LaSalle Management Company, The Louisiana Department of Corrections, and Concordia Parish Law Enforcement District to operate River Correctional Center .................... p. 1-27

5. LaSalle Management Company, The Louisiana Department of Corrections and Claiborne Parish Law Enforcement District contract to operate River Correctional Center .................... p. 1-15

6. LaSalle Management Company, The Louisiana Department of Corrections and Madison Parish Law Enforcement District Contract to operate Madison Parish Correctional Center .................... p. 1-27

7.(a) Madison Correctional Center Health Care Policy - HC-11  p. 1

(b) DOC Healthcare Policy - No. HC-09B on Communicable and Contagious Diseases and infection control adopted only by Madison Parish Detention Center yet not followed .................... p. 2-14

May 7, 2020                    Sean Wesley #372598

2.