5/20/20

To whom it may concern,

I'm writing in regards to case numbers Sean Wesley vs. Lasalle Management Civil Docket No 1:16-CV-01479, Sean Wesley vs. Claiborne Parish Detention Center Case No. 5:16-CV-01332 Sec. P, and Sean Wesley vs. James Leblanc, et Al., Civil docket No. 1:20-CV-243-P. I am being discharged from Raymond Laborde Correctional Center 6-14-20 and would like my mail to be forwarded to 3205 Golden Dr. Apt B, Chalmette LA 70043.

RECEIVED
MAY 26 2020
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Sincerely,
Sean Wesley