UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

SEAN WESLEY                                    CIVIL ACTION 1:16-CV-01479

VERSUS                                         JUDGE WALTER

LASALLE MANAGEMENT                             MAGISTRATE JUDGE PEREZ-MONTES
COMPANY, L.L.C., et al.

## O R D E R

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Wesley's Motion for Partial Summary Judgment (Doc. 131) is **DENIED**.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana on this 23rd day of March, 2021.

_____
JUDGE DONALD E. WALTER
UNITED STATES DISTRICT JUDGE